Certificate Number: 13861-ILN-DE-040398575

Bankruptcy Case Number: 25-18780



13861-ILN-DE-040398575

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 10, 2025, at 6:13 o'clock AM PST, William J Branske completed a course on personal financial management given by internet by Evergreen Financial Counseling, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of Illinois.

Date:   December 10, 2025          By:     /s/Victoria Garza

Name:   Victoria Garza

Title:   Counselor